No. 01–1645. UNITED STATES EX REL. GAUDINEER AND COMITO, L. L. P. *v.* GESAMAN. C. A. 8th Cir. Certiorari denied.

No. 01–1675. DAWSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–1680. RINALDI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–8563. WHITE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8722. HIZBULLAHANKHAMON *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–9044. BURT *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 01–9104. RHODE *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–9566. McCOY *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 01–9570. RICCARDO ET UX. *v.* POLITZ. Super. Ct. Pa. Certiorari denied.

No. 01–9584. RHODES *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–9587. PEARSON *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 01–9592. BOETTNER *v.* KIRKWOOD ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–9594. ISRAEL *v.* STENDER, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–9595. HOWARD *v.* GREEN, WARDEN. C. A. 4th Cir. Certiorari denied.